E-FILED 08/17/12

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| PLAINTIFF(S)<br>v.<br>DEFENDANT(S). | CASE NUMBER:<br><br>ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S) |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

_____ / _____ / _____
*Date Filed*           *Doc. No.*            *Title of Document*

_____ / _____ / _____
*Date Filed*           *Doc. No.*            *Title of Document*

☐ Document submitted in the wrong case
☐ Incorrect document is attached to the docket entry
☐ Document linked incorrectly to the wrong document/docket entry
☐ Incorrect event selected. Correct event is _____
☐ Case number is incorrect or missing
☐ Hearing information is missing, incorrect, or not timely
☐ Local Rule 7.1-1 No Certification of Interested Parties and/or no copies
☐ Case is closed
☐ Proposed Document was not submitted as separate attachment
☐ Title page is missing
☐ Local Rule 56-1 Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2 Statement of genuine disputes of material fact lacking
☐ Local Rule 7-19.1 Notice to other parties of ex parte application lacking
☐ Local Rule 11-6 Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8 Memorandum/brief exceeding 10 pages shall contain table of contents
☐ Other:

Dated: 08/17/12                          By: **PHILIP S. GUTIERREZ**
                                              U.S. District Judge / U.S. Magistrate Judge

*cc: Assigned District and/or Magistrate Judge*

==Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.==

G-106 (6/12)                              ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)