Paul B. Beach, State Bar No. 166265
pbeach@lbaclaw.com
Daniel Lee, State Bar No. 236811
dlee@lbaclaw.com
Emily B. Chai, State Bar No. 265166
echai@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California 91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendants
County of Los Angeles and Sheriff Leroy D. Baca

E-FILED 11/26/12

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS VASQUEZ and ELIZARIO PEREZ,<br><br>    Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>    Defendants.<br>_____<br>HERNAN DELGADO and JUAN NAVARRO,<br><br>    Counterclaimants,<br><br>vs,<br><br>CHRIS VASQUEZ and ELIZARIO PEREZ,<br><br>    Counterdefendants.<br>_____ | Case No. CV 11-03849 PSG (PJWx)<br><br>Honorable Philip S. Gutierrez<br><br>**[PROPOSED] JUDGMENT** |

1

On October 3, 2012, the Court having granted in part and denied in part Defendants' motion for summary judgment, and on November 2, 2012, the Court having dismissed the remaining state law claims for lack of subject matter jurisdiction,

IT IS ADJUDGED AND ORDERED that Judgment is hereby entered in favor of Defendants County of Los Angeles, Sheriff Leroy D. Baca, Alfonso Andrade, Herman Delgado, Joseph Gonzalez, Juan Navarro, Jeffrey Rivera, Mauricio Rodriguez, and Jason Snyder, and against Plaintiffs Chris Vasquez and Elizario Perez, and that said Defendants recover their costs of suit in the amount of $_____.

Dated: __11/26/12__

PHILIP S. GUTIERREZ
Honorable Philip S. Gutierrez